United States District Court
Northern District of California

1

2

3

4                       UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7    ROBERT O LINDOW,                          Case No.  20-cv-07555-SVK

              Plaintiff,
8
                                               **REFERRAL FOR PURPOSE OF**
         v.                                    **DETERMINING RELATIONSHIP**
9

10   TANI CANTIL-SAKAUYE, et al.,

              Defendants.
11

12

13        Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

14   Honorable Edward J. Davila for consideration of whether the case is related to 20-cv-07550-EJD.

15        **SO ORDERED.**

16   Dated: December 1, 2020

17                                             _____

18                                             SUSAN VAN KEULEN
                                               United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28